# Court of Appeals
# of the State of Georgia

ATLANTA,  July 08, 2019

*The Court of Appeals hereby passes the following order:*

## A19A2258.  JOY BARLOW v. THOMAS J. MORRISON et al.

Joy Barlow filed a medical malpractice action against several defendants. On January 11, 2019, the trial court granted summary judgment to defendants Thomas J. Morrison, M.D., and Polaris Spine & Neurosurgery Center P.C. f/k/a Peachtree Neurosurgery, P.C. The case proceeded against the remaining defendants, Justin G. Ford, M.D., and Northside Anesthesiology Consultants, LLC and was set for trial. On April 22, 2019, Barlow voluntarily dismissed her claims against the remaining defendants without prejudice. On May 8, 2019, she appealed from her voluntary dismissal. We lack jurisdiction.

Barlow purports to appeal from her voluntary dismissal as a "final judgment" within the meaning of OCGA § 5-6-34 (a) (1). She also seeks review of the trial court's partial grant of summary judgment on January 11, 2019. But "a voluntary dismissal is not a decision or judgment that a plaintiff may appeal." *Torres v. Elkin*, 317 Ga. App. 135, 139 (1) (730 SE2d 518) (2012); accord *Waye v. Continental Special Risks*, 289 Ga. App. 82, 84 (656 SE2d 150) (2007); *Studdard v. Satcher, Chick, Kapfer, Inc.,* 217 Ga. App. 1, 3 (456 SE2d 71) (1995). This is so because a voluntary dismissal is not a judgment or order by the trial court and because "one cannot complain of a judgment, order, or ruling that his own procedure or conduct procured or aided in causing." *Studdard*, 217 Ga. App. at 2-3 (punctuation omitted). Moreover, a voluntary dismissal cannot be used as a vehicle for obtaining appellate review of rulings entered by the trial court more than 30 days from the filing of the notice of appeal. *Waye*, 289 Ga. App. at 84.

For these reasons, this Court is without jurisdiction to entertain Barlow's appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/08/2019__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*